## NORTH BUNCOMBE ASSOC. OF CONCERNED CITIZENS v. N.C. DEPT. OF E.H.N.R.

No. 506PA93

Case below: 112 N.C.App. 366

Petition by appellant (Dept. of Environment, Health and Natural Resources) for discretionary review pursuant to G.S. 7A-31 allowed 27 January 1994. Petition by appellant (Vulcan Materials Company) for discretionary review pursuant to G.S. 7A-31 allowed 27 January 1994 as to issues 1,2,3,4, and 5 as stated on pages 16 and 17 of its petition and is denied as to issues 6 through 12 on pages 17 and 18 of its petition.

## NORTH CENTRAL LEGAL ASSISTANCE PROGRAM v. CALHOUN

No. 514P93

Case below: 112 N.C.App. 366

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 January 1994.

## PARKER v. PINEWOOD MANOR HOMES

No. 495P93

Case below: 112 N.C.App. 544

Petition by defendant (Pinewood Manor Homes, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

## PINNIX v. CITY OF HIGH POINT

No. 531P93

Case below: 112 N.C.App. 544

Petition by plaintiff-appellant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.